UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                CASE NO. 08-52597-WSD
JOSEPH A. MCLEOD             CHAPTER 13 PROCEEDINGS
                                          HON. WALTER SHAPERO, DETROIT

                Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JOSEPH A. MCLEOD<br>7342 EMERSON<br>WASHINGTON, MI 48094-0000<br>SSN: XXX-XX-6999 | N/A | N/A | DEBTOR REFUND | 1226217 | 12/8/09 | $ 770.00 |

DATED: January 26, 2010              /s/ TAMMY L. TERRY
                                              TAMMY L. TERRY, STANDING
                                              CHAPTER 13 TRUSTEE
                                              535 GRISWOLD
                                              SUITE 2100
                                              DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
JOSEPH A. MCLEOD

CASE NO. 08-52597-WSD  
CHAPTER 13 PROCEEDINGS  
HON. WALTER SHAPERO, DETROIT

Debtor

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

Morris B. Lefkowitz  
24100 Southfield Rd.  
Suite 203  
Southfield, MI 48075

**Last Known Address for Debtor:**

JOSEPH A. MCLEOD  
7342 EMERSON  
WASHINGTON, MI 48094

DATED: January 26, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100  
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      7126221
DETROIT, MICHIGAN 48231-1930

0852597  00000  017414  1226217
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 12/08/2009                                                                                           Check No: 1226217
Payee: CLERK OF US BANKRUPTCY COURT

| 0852597 | JOSEPH A. MCLEOD | | | 770.00 | 0.00 | 770.00 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**TAMMY L. TERRY**
**TRUSTEE**

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

**CHECK NO. 1226217**
SunTrust Bank

FOR  JOSEPH A. MCLEOD
BK:0852597 ACCT:
PRIN:    770.00   INT:    0.00

DATE Dec 08, 2009

AMOUNT
********770.00

PAY  **770.00**
Seven Hundred Seventy And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $770.00
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1226217⑈ ⑆061100790⑆ 0000005751516⑈